**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 24-6443**

—————————

SAMEER MOHAMED ELYAS,

        Plaintiff - Appellant,

    v.

UNKNOWN,

        Defendant - Appellee.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:23-cv-01425-MSN-JFA)

—————————

Submitted:  October 22, 2024              Decided:  October 25, 2024

—————————

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

—————————

Dismissed in part and affirmed in part by unpublished per curiam opinion.

—————————

Sameer Mohamed Elyas, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sameer Elyas, a Virginia inmate, appeals the district court's order denying his letter motion for release from prison. Elyas asserted that he was very sick and medical staff had refused to help him. He also stated that he believed people were trying to poison or kill him. The court construed Elyas's letter as either a petition for a writ of habeas corpus under 28 U.S.C. § 2254 or a motion for compassionate release under 18 U.S.C. § 3582(c). The court dismissed Elyas's action without prejudice, however, because: (1) Elyas failed to comply with the court's local rule that pro se § 2254 petitioners utilize certain standardized forms; and (2) motions for compassionate release under § 3582(c) are unavailable to state inmates.

We have reviewed the record and find no reversible error. Accordingly, with respect to the court's 28 U.S.C. § 2254 ruling dismissing for failure to comply with a court order to utilize the required form, we deny a certificate of appealability and dismiss the appeal. We affirm the remainder of the order. *Elyas v. Unknown*, No. 1:23-cv-01425-MSN-JFA (E.D. Va. Apr. 3, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED IN PART,*
*AFFIRMED IN PART*

2